IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**Dwight Anthony Reed**
Reg # 14514-035                                                                                                  PETITIONER

v.                          Case No. 2:12-cv-00191-KGB-JTK

**JOHN B. FOX, Warden,**
FCI- Forrest City                                                                                                  RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerome T. Kearney (Dkt. No. 15). No objections have been filed. The findings and recommendations are adopted in their entirety as this Court's findings. Accordingly, judgment shall be entered dismissing this complaint without prejudice.

SO ORDERED this 24th day of July, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE