IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**Dwight Anthony Reed**
Reg # 14514-035                                                                                    PETITIONER

v.                        Case No. 2:12-cv-00191-KGB-JTK

**JOHN B. FOX, Warden,**
**FCI- Forrest City**                                                                              RESPONDENT

## JUDGMENT

In accordance with the Court's Order entered in this case on this date, it is considered, ordered, and adjudged that the complaint is dismissed without prejudice.

SO ADJUDGED this 24th day of July, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE